# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

WAIMING YAN, individually and
on behalf of all others similarly situated,

    Plaintiff,

v.                                          Case No.: 8:20-cv-00410-MSS-TGW

JEFFRY KNIGHT, INC., d/b/a
KNIGHT ENTERPRISES, INC.,
KNIGHT BROADBAND LLC.,
JEFFRY KNIGHT AND JASON WELZ,

    Defendants.
_____/

## PLAINTIFF'S NOTICE TO THE COURT OF SETTLEMENT

Plaintiff, WAIMING YAN, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement in the above referenced matter. The Parties will be working to prepare and execute a written settlement agreement, and upon agreement and execution of the written settlement agreement, the same will be presented to the court for approval and dismissal with prejudice within 30 days from this date.

Respectfully submitted this 6th day of June 2022.

*/s/ Mitchell L. Feldman*
**Mitchell L. Feldman, Esquire**
Florida Bar No.: 0080349
**FELDMAN LEGAL GROUP**
6916 West Linebaugh Avenue, Suite 101
Tampa, Florida 33625
Tel: 813-639-9366 - Fax: 813-639-9376
Email: mfeldman@flandgatrialattorneys.com
*Attorney for Plaintiff's, and all others*
*Similarly situated*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing on this 6th day of June 2022, with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record. Parties may also obtain a copy directly from the CM/ECF system.

*/s/Mitchell Feldman, Esq.*
**Mitchell L. Feldman, Esquire**
Florida Bar No.: 0080349

2